CLERK'S OFFICE U.S. DIST. COURT
AT LYNCHBURG, VA
FILED

JUL 05 2011

BY: JULIA C. DUDLEY, CLERK
    /s/ DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
## LYNCHBURG DIVISION

| | |
|---|---|
| CHERYL HAVEN,<br><br>　　　　　　　　*Plaintiff,*<br><br>v.<br><br>SOCIAL SECURITY,<br><br>　　　　　　　　*Defendant.* | CIVIL ACTION No. 6:10-CV-00003<br><br>O R D E R<br><br>JUDGE NORMAN K. MOON |

In accordance with the accompanying memorandum opinion, it is hereby ORDERED as follows: objections filed on Plaintiff's behalf (docket no. 26) are STRICKEN; the magistrate judge's Report and Recommendation (docket no. 22) is ADOPTED *in toto*; the Commissioner's motion for summary judgment (docket no. 13) is GRANTED; and this action is DISMISSED and STRICKEN from the active docket of the court.

The Clerk of the Court is directed to send a certified copy of this order and the accompanying memorandum opinion to all counsel of record and to United States District Judge Michael F. Urbanski.

It is so ORDERED.

Entered this ____5th____ day of July, 2011.

　　　　　　　　　　　　　　　　　　　　　/s/ Norman K. Moon
　　　　　　　　　　　　　　　　　　　　　NORMAN K. MOON
　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE